UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JEFF OMDAHL, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>FARFETCH LIMITED, JOSE NEVES, ELLIOT JORDAN, FREDERIC COURT, DANA EVAN, JONATHAN KAMALUDDIN, RICHARD LIU, NATALIE MASSENET, JONATHAN NEWHOUSE, DANIEL RIMER, MICHAEL RISMAN, DAVID ROSENBLATT, GOLDMAN SACHS & CO. LLC, J.P. MORGAN SECURITIES LLC, ALLEN & COMPANY LLC, UBS SECURITIES LLC, CREDIT SUISSE SECURITIES (USA) LLC, DEUTSCHE BANK SECURITIES INC., WELLS FARGO SECURITIES, LLC, COWEN AND COMPANY, LLC, BNP PARIBAS SECURITIES CORP.,<br><br>Defendants. | Case No. 1:19-cv-08657 (AJN) (BJM)<br><br>**RULE 7.1 CORPORATE DISCLOSURE STATEMENT** |

Pursuant to Federal Rule of Civil Procedure 7.1 (formerly Local General Rule 1.9) and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendant Farfetch Limited ("Farfetch"), certifies that Farfetch has no parent company, and that no publicly held corporation owns more than 10% of Farfetch's stock.

Dated: November 7, 2019
      New York, New York

Respectfully submitted,

**LATHAM & WATKINS LLP**

<u>/s/ Jason C. Hegt</u>
Jason C. Hegt
885 Third Avenue
New York, NY 10022
Tel: (212) 906-1200
Fax: (212) 751-4864
Email: jason.hegt@lw.com

*Attorneys for Defendants Farfetch Limited, José Neves, Elliot Jordan, Frederic Court, Dana Evan, Jonathan Kamaluddin, Richard Liu, Natalie Massenet, Jonathan Newhouse, Daniel Rimer, Michael Risman, and David Rosenblatt*