# EXHIBIT A

## CERTIFICATION PURSUANT TO
## THE FEDERAL SECURITIES LAWS

I, Ryk Tierney, on behalf of IAM National Pension Fund, hereby certify, as to the claims asserted under the federal securities laws, that:

1. I am the Executive Director of the IAM National Pension Fund. I have reviewed a complaint filed in this matter. IAM National Pension Fund has authorized the filing of this motion for appointment as Lead Plaintiff.

2. IAM National Pension Fund did not purchase the securities that are the subject of this action at the direction of counsel or in order to participate in any action arising under the federal securities laws.

3. IAM National Pension Fund is willing to serve as a Lead Plaintiff and representative party on behalf of the Class, including providing testimony at deposition and trial, if necessary. IAM National Pension Fund fully understands the duties and responsibilities of the lead plaintiff under the Private Securities Litigation Reform Act, including the selection and retention of counsel and overseeing the prosecution of the action for the Class.

4. IAM National Pension Fund's transactions in the Farfetch Limited securities that are the subject of this action are set forth in the chart attached hereto.

5. IAM National Pension Fund has not sought to serve as a Lead Plaintiff or representative party on behalf of a class in any action under the federal securities laws filed during the three-year period preceding the date of this Certification.

6. IAM National Pension Fund will not accept any payment for serving as a representative party on behalf of the Class beyond IAM National Pension Fund's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the Class, as ordered or approved by the Court.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 15 day of November 2019.

Ryk Tierney
Executive Director
IAM National Pension Fund

**IAM National Pension Fund**
**Transactions in Farfetch Limited**

| Transaction | Date | Shares | Price |
|---|---|---|---|
| Purchase | 5/16/2019 | 6,315 | 22.6924 |
| Purchase | 5/16/2019 | 244 | 22.6050 |
| Purchase | 5/16/2019 | 7,309 | 22.6092 |
| Purchase | 5/16/2019 | 24,364 | 22.6657 |
| Purchase | 5/16/2019 | 7,309 | 22.6000 |
| Purchase | 5/16/2019 | 35,782 | 22.6854 |
| Purchase | 5/17/2019 | 7,309 | 22.6331 |
| Purchase | 5/17/2019 | 2,437 | 22.7950 |
| Purchase | 5/17/2019 | 13,683 | 22.7840 |
| Purchase | 5/17/2019 | 4,873 | 22.7400 |
| Purchase | 5/17/2019 | 2,115 | 22.5800 |
| Purchase | 5/17/2019 | 19,491 | 22.7472 |
| Purchase | 5/20/2019 | 14,618 | 22.3500 |
| Purchase | 5/20/2019 | 487 | 20.9820 |
| Purchase | 5/20/2019 | 745 | 21.6500 |
| Purchase | 5/20/2019 | 11,813 | 21.3488 |
| Purchase | 5/23/2019 | 9,692 | 21.1556 |
| Purchase | 5/24/2019 | 1,434 | 21.8649 |
| Purchase | 5/24/2019 | 3,101 | 21.8742 |
| Purchase | 5/24/2019 | 1,660 | 21.8203 |
| Purchase | 5/24/2019 | 1,593 | 21.8223 |
| Purchase | 5/28/2019 | 3,249 | 22.1983 |
| Purchase | 5/28/2019 | 143 | 22.3050 |
| Purchase | 5/28/2019 | 2,336 | 22.1263 |
| Purchase | 5/29/2019 | 446 | 21.7500 |
| Purchase | 5/29/2019 | 4,770 | 21.8096 |
| Purchase | 5/29/2019 | 2,467 | 21.7462 |
| Purchase | 5/29/2019 | 413 | 21.9346 |
| Purchase | 5/30/2019 | 4,864 | 21.5081 |
| Purchase | 5/30/2019 | 505 | 21.2325 |
| Purchase | 5/30/2019 | 676 | 21.6119 |
| Purchase | 6/4/2019 | 508 | 19.0000 |
| Purchase | 6/4/2019 | 1,015 | 19.3175 |
| Purchase | 6/4/2019 | 2,873 | 19.1493 |
| Purchase | 6/4/2019 | 507 | 19.0200 |
| Purchase | 6/5/2019 | 1,374 | 19.0631 |
| Purchase | 6/5/2019 | 10,336 | 19.1102 |
| Purchase | 6/5/2019 | 1,209 | 19.1000 |

**IAM National Pension Fund**
**Transactions in Farfetch Limited**

| Transaction | Date | Shares | Price |
|---|---|---|---|
| Purchase | 6/5/2019 | 1,440 | 19.1717 |
| Purchase | 6/5/2019 | 3,200 | 19.0409 |
| Purchase | 6/6/2019 | 322 | 19.8350 |
| Purchase | 6/6/2019 | 190 | 19.5000 |
| Purchase | 6/6/2019 | 15,601 | 19.7263 |
| Purchase | 6/6/2019 | 3,204 | 19.8460 |
| Purchase | 6/6/2019 | 554 | 19.5200 |
| Purchase | 6/10/2019 | 3,906 | 19.7306 |
| Purchase | 6/10/2019 | 1,041 | 19.8700 |
| Purchase | 6/10/2019 | 12,976 | 19.8320 |
| Purchase | 6/11/2019 | 2,053 | 21.0650 |
| Purchase | 6/11/2019 | 3,648 | 20.6667 |
| Purchase | 6/11/2019 | 9,648 | 20.7278 |
| Purchase | 6/11/2019 | 5,477 | 20.7449 |
| Purchase | 6/12/2019 | 5,965 | 21.3891 |
| Purchase | 7/15/2019 | 8,384 | 20.4534 |
| Purchase | 7/15/2019 | 1,134 | 20.4950 |
| Purchase | 7/15/2019 | 1,630 | 20.5035 |
| Purchase | 7/16/2019 | 1,043 | 20.5548 |
| Purchase | 7/16/2019 | 1,855 | 20.7242 |
| Purchase | 7/17/2019 | 15 | 21.2813 |
| Purchase | 7/17/2019 | 10 | 21.3115 |
| Purchase | 7/18/2019 | 130 | 21.2902 |
| Purchase | 7/18/2019 | 9 | 21.3150 |

## CERTIFICATION

The Oklahoma Firefighters Pension & Retirement System ("Oklahoma Firefighters" or "Plaintiff"), declares, as to the claims asserted under the federal securities laws that:

1. Plaintiff did not purchase the securities that are the subject of this action at the direction of Plaintiff's counsel or in order to participate in any private action.

2. Plaintiff is willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

3. Plaintiff's Class Period purchase and sale transactions in the Farfetch Limited securities that are the subject of this action are attached in Schedule A.

4. Plaintiff has full power and authority to bring suit to recover for its investment losses listed in the attached Schedule A.

5. Plaintiff has fully reviewed the facts and allegations of a complaint filed in this action and authorizes the filing of the motion for appointment as lead plaintiff on its behalf in this action.

6. I, Chase Rankin, Executive Director, am authorized to make legal decisions on behalf of Oklahoma Firefighters.

7. Plaintiff intends to actively monitor and vigorously pursue this action for the benefit of the class.

8. Plaintiff will endeavor to provide fair and adequate representation and work directly with the efforts of class counsel to ensure that the largest recovery for the class consistent with good faith and meritorious judgment is obtained.

9. Oklahoma Firefighters is currently serving or has served as a representative party for a class action filed under the federal securities laws during the three years prior to the date of this Certification in:

*Hall v. Rent-A-Center, Inc., et al.*, No. 4:16-cv-978 (E.D. Tex.)

*In re Novo Nordisk Securities Litigation*, No. 3:17-cv-209 (D.N.J.)

*Oklahoma Firefighters Pension & Retirement System v. Lexmark International, Inc., et al.*, No. 1:17-cv-5543 (S.D.N.Y.)
(filed initial complaint; not appointed lead plaintiff)

*Weiner v. Tivity Health, Inc., et al.*, No. 3:17-cv-1469 (M.D. Tenn.)

*In re Campbell Soup Co. Securities Litigation*, No. 1:18-cv-14385 (D.N.J.)

*In re Nektar Therapeutics Securities Litigation*, No. 4:18-cv-6607 (N.D. Cal.)

*In re Weight Watchers International, Inc. Securities Litigation*, No. 1:19-cv-2005 (S.D.N.Y.)

*Employees' Retirement System of the Puerto Rico Electric Power Authority v. Conduent Inc., et al.*, No. 2:19-cv-8237 (D.N.J.)

*Oklahoma Firefighters Pension & Retirement System v. United States Steel Corp., et al.*, No. 2:19-cv-470 (W.D. Pa.)
(filed initial complaint; case consolidated with *Vrakas v. United States Steel Corp., et al.*, No. 2:17-cv-579 (W.D. Pa.); not appointed lead plaintiff)

10. Oklahoma Firefighters sought to serve (but either withdrew its motion or was not appointed) as a representative party for a class action filed under the federal securities laws during the three years prior to the date of this Certification in:

*Tung v. Bristol-Myers Squibb Co., et al.*, No. 1:18-cv-1611 (S.D.N.Y.)[1]

*West Palm Beach Firefighters' Pension Fund v. Conagra Brands, Inc., et al.*, No. 1:19-cv-1323 (N.D. Ill.)

*Logan v. ProPetro Holding Corp.*, No. 7:19-cv-00217 (W.D. Tex.)
(motion pending)

---

[1] *Giugno v. Bristol-Myers Squibb Co., et al.*, No. 3:18-cv-878 (N.D. Cal.), was voluntarily dismissed in favor of *Tung v. Bristol-Myers Squibb Co., et al.*, No. 1:18-cv-1611 (S.D.N.Y.).

11. Plaintiff will not accept any payment for serving as a representative party on behalf of the class beyond Plaintiff's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this ____ day of November 2019.

                                            **Oklahoma Firefighters**
                                            **Pension & Retirement System**

                                 By: _____
                                            Chase Rankin
                                            Executive Director

## SCHEDULE A

| Security | Buy/Sell | Date | Quantity | Price |
|---|---|---|---|---|
| Common Stock | BUY | 5/16/2019 | 3,172 | $22.69 |
| Common Stock | BUY | 5/16/2019 | 12,238 | $22.67 |
| Common Stock | BUY | 5/16/2019 | 3,671 | $22.60 |
| Common Stock | BUY | 5/16/2019 | 3,671 | $22.61 |
| Common Stock | BUY | 5/16/2019 | 122 | $22.61 |
| Common Stock | BUY | 5/16/2019 | 17,973 | $22.69 |
| Common Stock | BUY | 5/17/2019 | 6,873 | $22.78 |
| Common Stock | BUY | 5/17/2019 | 1,062 | $22.58 |
| Common Stock | BUY | 5/17/2019 | 1,224 | $22.80 |
| Common Stock | BUY | 5/17/2019 | 9,790 | $22.75 |
| Common Stock | BUY | 5/17/2019 | 2,447 | $22.74 |
| Common Stock | BUY | 5/17/2019 | 3,671 | $22.63 |
| Common Stock | BUY | 5/20/2019 | 245 | $20.98 |
| Common Stock | BUY | 5/20/2019 | 375 | $21.65 |
| Common Stock | BUY | 5/20/2019 | 5,932 | $21.35 |
| Common Stock | BUY | 5/20/2019 | 7,343 | $22.35 |
| Common Stock | BUY | 5/23/2019 | 4,870 | $21.16 |
| Common Stock | BUY | 5/24/2019 | 721 | $21.86 |
| Common Stock | BUY | 5/24/2019 | 800 | $21.82 |
| Common Stock | BUY | 5/24/2019 | 1,558 | $21.87 |
| Common Stock | BUY | 5/24/2019 | 834 | $21.82 |
| Common Stock | BUY | 5/28/2019 | 1,632 | $22.20 |
| Common Stock | BUY | 5/28/2019 | 1,174 | $22.13 |
| Common Stock | BUY | 5/28/2019 | 72 | $22.31 |
| Common Stock | BUY | 5/29/2019 | 2,396 | $21.81 |
| Common Stock | BUY | 5/29/2019 | 1,239 | $21.75 |
| Common Stock | BUY | 5/29/2019 | 223 | $21.75 |
| Common Stock | BUY | 5/29/2019 | 207 | $21.93 |
| Common Stock | BUY | 5/30/2019 | 339 | $21.61 |
| Common Stock | BUY | 5/30/2019 | 2,442 | $21.51 |
| Common Stock | BUY | 5/30/2019 | 254 | $21.23 |
| Common Stock | BUY | 6/4/2019 | 255 | $19.00 |
| Common Stock | BUY | 6/4/2019 | 255 | $19.02 |
| Common Stock | BUY | 6/4/2019 | 510 | $19.32 |
| Common Stock | BUY | 6/4/2019 | 1,442 | $19.15 |
| Common Stock | BUY | 6/5/2019 | 608 | $19.10 |
| Common Stock | BUY | 6/5/2019 | 5,193 | $19.11 |
| Common Stock | BUY | 6/5/2019 | 690 | $19.06 |
| Common Stock | BUY | 6/5/2019 | 723 | $19.17 |
| Common Stock | BUY | 6/5/2019 | 1,608 | $19.04 |

| | | | | |
|---|---|---|---|---|
| Common Stock | BUY | 6/6/2019 | 160 | $19.84 |
| Common Stock | BUY | 6/6/2019 | 7,841 | $19.73 |
| Common Stock | BUY | 6/6/2019 | 95 | $19.50 |
| Common Stock | BUY | 6/6/2019 | 278 | $19.52 |
| Common Stock | BUY | 6/6/2019 | 1,610 | $19.85 |
| Common Stock | BUY | 6/10/2019 | 6,516 | $19.83 |
| Common Stock | BUY | 6/10/2019 | 1,961 | $19.73 |
| Common Stock | BUY | 6/10/2019 | 523 | $19.87 |
| Common Stock | BUY | 6/11/2019 | 4,844 | $20.73 |
| Common Stock | BUY | 6/11/2019 | 1,031 | $21.07 |
| Common Stock | BUY | 6/11/2019 | 2,751 | $20.74 |
| Common Stock | BUY | 6/11/2019 | 1,832 | $20.67 |
| Common Stock | BUY | 6/12/2019 | 2,996 | $21.39 |
| Common Stock | BUY | 7/15/2019 | 4,170 | $20.45 |
| Common Stock | BUY | 7/15/2019 | 564 | $20.50 |
| Common Stock | BUY | 7/15/2019 | 811 | $20.50 |
| Common Stock | BUY | 7/16/2019 | 11,175 | $20.72 |
| Common Stock | BUY | 7/16/2019 | 6,282 | $20.55 |
| Common Stock | BUY | 7/17/2019 | 196 | $21.28 |
| Common Stock | BUY | 7/17/2019 | 138 | $21.31 |
| Common Stock | BUY | 7/18/2019 | 1,718 | $21.29 |
| Common Stock | BUY | 7/18/2019 | 119 | $21.32 |