# EXHIBIT B

**IAM National Pension Fund**

LIFO Loss in Farfetch Limited (FTCH)

Class Period: 09/20/18 - 08/08/19

CUSIP: 30744W107 / ISIN: KY30744W1070

Retained share price: $9.1313 (08/09/19 - 11/06/19)

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| Purchase | 5/16/2019 | 6,315 | 22.6924 | $143,302.51 | | | | | |
| Purchase | 5/16/2019 | 244 | 22.6050 | $5,515.62 | | | | | |
| Purchase | 5/16/2019 | 7,309 | 22.6092 | $165,250.64 | | | | | |
| Purchase | 5/16/2019 | 24,364 | 22.6657 | $552,227.11 | | | | | |
| Purchase | 5/16/2019 | 7,309 | 22.6000 | $165,183.40 | | | | | |
| Purchase | 5/16/2019 | 35,782 | 22.6854 | $811,728.98 | | | | | |
| Purchase | 5/17/2019 | 7,309 | 22.6331 | $165,425.33 | | | | | |
| Purchase | 5/17/2019 | 2,437 | 22.7950 | $55,551.42 | | | | | |
| Purchase | 5/17/2019 | 13,683 | 22.7840 | $311,753.47 | | | | | |
| Purchase | 5/17/2019 | 4,873 | 22.7400 | $110,812.02 | | | | | |
| Purchase | 5/17/2019 | 2,115 | 22.5800 | $47,756.70 | | | | | |
| Purchase | 5/17/2019 | 19,491 | 22.7472 | $443,365.68 | | | | | |
| Purchase | 5/20/2019 | 14,618 | 22.3500 | $326,712.30 | | | | | |
| Purchase | 5/20/2019 | 487 | 20.9820 | $10,218.23 | | | | | |
| Purchase | 5/20/2019 | 745 | 21.6500 | $16,129.25 | | | | | |
| Purchase | 5/20/2019 | 11,813 | 21.3488 | $252,193.37 | | | | | |
| Purchase | 5/23/2019 | 9,692 | 21.1556 | $205,040.08 | | | | | |
| Purchase | 5/24/2019 | 1,434 | 21.8649 | $31,354.27 | | | | | |
| Purchase | 5/24/2019 | 3,101 | 21.8742 | $67,831.89 | | | | | |
| Purchase | 5/24/2019 | 1,660 | 21.8203 | $36,221.70 | | | | | |
| Purchase | 5/24/2019 | 1,593 | 21.8223 | $34,762.92 | | | | | |
| Purchase | 5/28/2019 | 3,249 | 22.1983 | $72,122.28 | | | | | |
| Purchase | 5/28/2019 | 143 | 22.3050 | $3,189.62 | | | | | |
| Purchase | 5/28/2019 | 2,336 | 22.1263 | $51,687.04 | | | | | |
| Purchase | 5/29/2019 | 446 | 21.7500 | $9,700.50 | | | | | |
| Purchase | 5/29/2019 | 4,770 | 21.8096 | $104,031.79 | | | | | |
| Purchase | 5/29/2019 | 2,467 | 21.7462 | $53,647.88 | | | | | |
| Purchase | 5/29/2019 | 413 | 21.9346 | $9,058.99 | | | | | |
| Purchase | 5/30/2019 | 4,864 | 21.5081 | $104,615.40 | | | | | |
| Purchase | 5/30/2019 | 505 | 21.2325 | $10,722.41 | | | | | |
| Purchase | 5/30/2019 | 676 | 21.6119 | $14,609.64 | | | | | |
| Purchase | 6/4/2019 | 508 | 19.0000 | $9,652.00 | | | | | |
| Purchase | 6/4/2019 | 1,015 | 19.3175 | $19,607.26 | | | | | |
| Purchase | 6/4/2019 | 2,873 | 19.1493 | $55,015.94 | | | | | |
| Purchase | 6/4/2019 | 507 | 19.0200 | $9,643.14 | | | | | |
| Purchase | 6/5/2019 | 1,374 | 19.0631 | $26,192.70 | | | | | |
| Purchase | 6/5/2019 | 10,336 | 19.1102 | $197,523.03 | | | | | |

## IAM National Pension Fund

LIFO Loss in Farfetch Limited (FTCH)
Class Period: 09/20/18 - 08/08/19
CUSIP: 30744W107 / ISIN: KY30744W1070
Retained share price: $9.1313 (08/09/19 - 11/06/19)

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| Purchase | 6/5/2019 | 1,209 | 19.1000 | $23,091.90 | | | | | |
| Purchase | 6/5/2019 | 1,440 | 19.1717 | $27,607.25 | | | | | |
| Purchase | 6/5/2019 | 3,200 | 19.0409 | $60,930.88 | | | | | |
| Purchase | 6/6/2019 | 322 | 19.8350 | $6,386.87 | | | | | |
| Purchase | 6/6/2019 | 190 | 19.5000 | $3,705.00 | | | | | |
| Purchase | 6/6/2019 | 15,601 | 19.7263 | $307,750.01 | | | | | |
| Purchase | 6/6/2019 | 3,204 | 19.8460 | $63,586.58 | | | | | |
| Purchase | 6/6/2019 | 554 | 19.5200 | $10,814.08 | | | | | |
| Purchase | 6/10/2019 | 3,906 | 19.7306 | $77,067.72 | | | | | |
| Purchase | 6/10/2019 | 1,041 | 19.8700 | $20,684.67 | | | | | |
| Purchase | 6/10/2019 | 12,976 | 19.8320 | $257,340.03 | | | | | |
| Purchase | 6/11/2019 | 2,053 | 21.0650 | $43,246.45 | | | | | |
| Purchase | 6/11/2019 | 3,648 | 20.6667 | $75,392.12 | | | | | |
| Purchase | 6/11/2019 | 9,648 | 20.7278 | $199,981.81 | | | | | |
| Purchase | 6/11/2019 | 5,477 | 20.7449 | $113,619.82 | | | | | |
| Purchase | 6/12/2019 | 5,965 | 21.3891 | $127,585.98 | | | | | |
| Purchase | 7/15/2019 | 8,384 | 20.4534 | $171,481.31 | | | | | |
| Purchase | 7/15/2019 | 1,134 | 20.4950 | $23,241.33 | | | | | |
| Purchase | 7/15/2019 | 1,630 | 20.5035 | $33,420.71 | | | | | |
| Purchase | 7/16/2019 | 1,043 | 20.5548 | $21,438.66 | | | | | |
| Purchase | 7/16/2019 | 1,855 | 20.7242 | $38,443.39 | | | | | |
| Purchase | 7/17/2019 | 15 | 21.2813 | $319.22 | | | | | |
| Purchase | 7/17/2019 | 10 | 21.3115 | $213.12 | | | | | |
| Purchase | 7/18/2019 | 130 | 21.2902 | $2,767.73 | | | | | |
| Purchase | 7/18/2019 | 9 | 21.3150 | $191.84 | Retained | | (297,500) | 9.1313 | ($2,716,552.78) |
| | | 297,500 | | $6,419,664.94 | | | (297,500) | | ($2,716,552.78) |

**Loss ($3,703,112.17)**

**Oklahoma Firefighters**
LIFO Loss in Farfetch Limited (FTCH)
Class Period: 09/20/18 - 08/08/19
CUSIP: 30744W107 / ISIN: KY30744W1070
Retained share price: $9.1313 (08/09/19 - 11/06/19)

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| Purchase | 5/16/2019 | 3,172 | 22.6924 | $71,980.29 | | | | | |
| Purchase | 5/16/2019 | 12,238 | 22.6657 | $277,382.84 | | | | | |
| Purchase | 5/16/2019 | 3,671 | 22.6000 | $82,964.60 | | | | | |
| Purchase | 5/16/2019 | 3,671 | 22.6092 | $82,998.37 | | | | | |
| Purchase | 5/16/2019 | 122 | 22.6050 | $2,757.81 | | | | | |
| Purchase | 5/16/2019 | 17,973 | 22.6854 | $407,724.69 | | | | | |
| Purchase | 5/17/2019 | 6,873 | 22.7840 | $156,594.43 | | | | | |
| Purchase | 5/17/2019 | 1,062 | 22.5800 | $23,979.96 | | | | | |
| Purchase | 5/17/2019 | 1,224 | 22.7950 | $27,901.08 | | | | | |
| Purchase | 5/17/2019 | 9,790 | 22.7472 | $222,695.09 | | | | | |
| Purchase | 5/17/2019 | 2,447 | 22.7400 | $55,644.78 | | | | | |
| Purchase | 5/17/2019 | 3,671 | 22.6331 | $83,086.11 | | | | | |
| Purchase | 5/20/2019 | 245 | 20.9820 | $5,140.59 | | | | | |
| Purchase | 5/20/2019 | 375 | 21.6500 | $8,118.75 | | | | | |
| Purchase | 5/20/2019 | 5,932 | 21.3488 | $126,641.08 | | | | | |
| Purchase | 5/20/2019 | 7,343 | 22.3500 | $164,116.05 | | | | | |
| Purchase | 5/23/2019 | 4,870 | 21.1556 | $103,027.77 | | | | | |
| Purchase | 5/24/2019 | 721 | 21.8649 | $15,764.59 | | | | | |
| Purchase | 5/24/2019 | 800 | 21.8223 | $17,457.84 | | | | | |
| Purchase | 5/24/2019 | 1,558 | 21.8742 | $34,080.00 | | | | | |
| Purchase | 5/24/2019 | 834 | 21.8203 | $18,198.13 | | | | | |
| Purchase | 5/28/2019 | 1,632 | 22.1983 | $36,227.63 | | | | | |
| Purchase | 5/28/2019 | 1,174 | 22.1263 | $25,976.28 | | | | | |
| Purchase | 5/28/2019 | 72 | 22.3050 | $1,605.96 | | | | | |
| Purchase | 5/29/2019 | 2,396 | 21.8096 | $52,255.80 | | | | | |
| Purchase | 5/29/2019 | 1,239 | 21.7462 | $26,943.54 | | | | | |
| Purchase | 5/29/2019 | 223 | 21.7500 | $4,850.25 | | | | | |
| Purchase | 5/29/2019 | 207 | 21.9346 | $4,540.46 | | | | | |
| Purchase | 5/30/2019 | 339 | 21.6119 | $7,326.43 | | | | | |
| Purchase | 5/30/2019 | 2,442 | 21.5081 | $52,522.78 | | | | | |
| Purchase | 5/30/2019 | 254 | 21.2325 | $5,393.06 | | | | | |
| Purchase | 6/4/2019 | 255 | 19.0000 | $4,845.00 | | | | | |
| Purchase | 6/4/2019 | 255 | 19.0200 | $4,850.10 | | | | | |
| Purchase | 6/4/2019 | 510 | 19.3175 | $9,851.93 | | | | | |
| Purchase | 6/4/2019 | 1,442 | 19.1493 | $27,613.29 | | | | | |
| Purchase | 6/5/2019 | 608 | 19.1000 | $11,612.80 | | | | | |
| Purchase | 6/5/2019 | 5,193 | 19.1102 | $99,239.27 | | | | | |

## Oklahoma Firefighters

LIFO Loss in Farfetch Limited (FTCH)
Class Period: 09/20/18 - 08/08/19
CUSIP: 30744W107 / ISIN: KY30744W1070
Retained share price: $9.1313 (08/09/19 - 11/06/19)

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| Purchase | 6/5/2019 | 690 | 19.0631 | $13,153.54 | | | | | |
| Purchase | 6/5/2019 | 723 | 19.1717 | $13,861.14 | | | | | |
| Purchase | 6/5/2019 | 1,608 | 19.0409 | $30,617.77 | | | | | |
| Purchase | 6/6/2019 | 160 | 19.8350 | $3,173.60 | | | | | |
| Purchase | 6/6/2019 | 7,841 | 19.7263 | $154,673.92 | | | | | |
| Purchase | 6/6/2019 | 95 | 19.5000 | $1,852.50 | | | | | |
| Purchase | 6/6/2019 | 278 | 19.5200 | $5,426.56 | | | | | |
| Purchase | 6/6/2019 | 1,610 | 19.8460 | $31,952.06 | | | | | |
| Purchase | 6/10/2019 | 6,516 | 19.8320 | $129,225.31 | | | | | |
| Purchase | 6/10/2019 | 1,961 | 19.7306 | $38,691.71 | | | | | |
| Purchase | 6/10/2019 | 523 | 19.8700 | $10,392.01 | | | | | |
| Purchase | 6/11/2019 | 4,844 | 20.7278 | $100,405.46 | | | | | |
| Purchase | 6/11/2019 | 1,031 | 21.0650 | $21,718.02 | | | | | |
| Purchase | 6/11/2019 | 2,751 | 20.7449 | $57,069.22 | | | | | |
| Purchase | 6/11/2019 | 1,832 | 20.6667 | $37,861.39 | | | | | |
| Purchase | 6/12/2019 | 2,996 | 21.3891 | $64,081.74 | | | | | |
| Purchase | 7/15/2019 | 4,170 | 20.4534 | $85,290.68 | | | | | |
| Purchase | 7/15/2019 | 564 | 20.4950 | $11,559.18 | | | | | |
| Purchase | 7/15/2019 | 811 | 20.5035 | $16,628.34 | | | | | |
| Purchase | 7/16/2019 | 11,175 | 20.7242 | $231,592.94 | | | | | |
| Purchase | 7/16/2019 | 6,282 | 20.5548 | $129,125.25 | | | | | |
| Purchase | 7/17/2019 | 196 | 21.2813 | $4,171.13 | | | | | |
| Purchase | 7/17/2019 | 138 | 21.3115 | $2,940.99 | | | | | |
| Purchase | 7/18/2019 | 1,718 | 21.2902 | $36,576.56 | | | | | |
| Purchase | 7/18/2019 | 119 | 21.3150 | $2,536.49 | Retained | | (167,465) | 9.1313 | ($1,529,168.10) |
| | | 167,465 | | $3,598,486.93 | | | (167,465) | | ($1,529,168.10) |

**Loss** ($2,069,318.83)