UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JEFF OMDAHL, Individually and On Behalf of All Others Similarly Situated,<br><br>                  Plaintiff,<br><br>vs.<br><br>FARFETCH LIMITED, JOSÉ NEVES, ELLIOT JORDAN, FREDERIC COURT, DANA EVAN, JONATHAN KAMALUDDIN, RICHARD LIU, NATALIE MASSENET, JONATHAN NEWHOUSE, DANIEL RIMER, MICHAEL RISMAN, DAVID ROSENBLATT, GOLDMAN SACHS & CO. LLC, J.P. MORGAN SECURITIES LLC, ALLEN & COMPANY LLC, UBS SECURITIES LLC, CREDIT SUISSE SECURITIES (USA) LLC, DEUTSCHE BANK SECURITIES INC, WELLS FARGO SECURITIES, LLC, COWEN AND COMPANY, LLC, and BNP PARIBAS SECURITIES CORP.,<br><br>                  Defendants. | Case No. 1:19-cv-08657-AJN<br><br>Hon. Alison J. Nathan |

(*Additional caption on following page.*)

**REPLY MEMORANDUM OF LAW IN FURTHER SUPPORT OF THE UNOPPOSED MOTION OF IAM NATIONAL PENSION FUND AND OKLAHOMA FIREFIGHTERS PENSION AND RETIREMENT SYSTEM FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS <u>LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF COUNSEL</u>**

| | |
|---|---|
| CITY OF CORAL SPRINGS POLICE OFFICERS' RETIREMENT PLAN, individually and on behalf of all others similarly situated,<br><br>                Plaintiff,<br><br>   vs.<br><br>FARFETCH LIMITED, JOSÉ NEVES, ELLIOT JORDAN, FREDERIC COURT, DANA EVAN, JONATHAN KAMALUDDIN, RICHARD LIU, DAME NATALIE MASSENET, DBE, JONATHAN NEWHOUSE, DANIEL RIMER, MICHAEL RISMAN, DAVID ROSENBLATT, GOLDMAN SACHS & CO. LLC, J.P. MORGAN SECURITIES LLC, ALLEN & COMPANY LLC, UBS SECURITIES LLC, CREDIT SUISSE SECURITIES (USA) LLC, DEUTSCHE BANK SECURITIES INC, WELLS FARGO SECURITIES, LLC, COWEN AND COMPANY, LLC, and BNP PARIBAS SECURITIES CORP.,<br><br>                Defendants. | Case No. 1:19-cv-08720-AJN<br><br>Hon. Alison J. Nathan |

IAM National Pension Fund and Oklahoma Firefighters respectfully submit this reply memorandum of law in further support of their unopposed motion for consolidation of the above-captioned Related Actions, pursuant to Rule 42, appointment as Lead Plaintiff, and approval of selection of counsel [ECF No. 23, the "Motion"].[1]

**ARGUMENT**

IAM National Pension Fund and Oklahoma Firefighters are the presumptive Lead Plaintiff in this action. On November 18, 2019, IAM National Pension Fund and Oklahoma Firefighters filed a timely motion under the PSLRA seeking appointment as Lead Plaintiff. In addition to IAM National Pension Fund and Oklahoma Firefighters's Motion, two other motions seeking appointment as Lead Plaintiff were filed by movants Khan and Long Pine.[2] In recognition that IAM National Pension Fund and Oklahoma Firefighters have the largest financial interest of any movant and are otherwise adequate to represent the class, Long Pine, the competing movant with the second largest loss after IAM National Pension Fund and Oklahoma Firefighters, withdrew its motion. *See* ECF No. 27. The remaining movant, Khan, failed to file an opposition to IAM National Pension Fund and Oklahoma Firefighters's Motion by the December 2, 2019 deadline. As a result, Khan has abandoned her motion. *See In re KIT Digital, Inc. Sec. Litig.*, 293 F.R.D. 441, 443 (S.D.N.Y. 2013) (lead plaintiff movants "did not file opposition briefs, and thus the Court deems their applications abandoned or withdrawn"). Accordingly, IAM National Pension Fund and Oklahoma Firefighters's Motion is unopposed.

---

[1]    Unless otherwise noted all references to "ECF No. __" are to docket entries in *Omdahl v. Farfetch Limited, et al.*, No. 1:19-cv-08657-AJN (S.D.N.Y.). All capitalized terms are defined in IAM National Pension Fund's and Oklahoma Firefighters's initial and opposition briefs, unless otherwise indicated. *See* ECF Nos. 24, 28.

[2]    *See* ECF Nos. 16, 20. Both Khan and Long Pine agree that consolidation of the Related Actions is appropriate. *See id.*

IAM National Pension Fund and Oklahoma Firefighters indisputably have the "largest financial interest" in this litigation. *See* ECF No. 28 at 5-6. In addition to asserting the largest financial interest, IAM National Pension Fund and Oklahoma Firefighters also satisfy the typicality and adequacy requirements of Rule 23. *See* ECF Nos. 24 at 9-12; 28 at 6-8. IAM National Pension Fund and Oklahoma Firefighters satisfy the typicality requirement because, just like all other proposed class members, their "claims 'arise[] from the same course of events, and each class member makes similar legal arguments to prove the defendant's liability.'" *Faig v. BioScrip, Inc.*, 2013 WL 6705045, at *3 (S.D.N.Y. Dec. 19, 2013) (Nathan, J.) (alteration in original) (citation omitted). Moreover, IAM National Pension Fund and Oklahoma Firefighters also satisfy Rule 23's adequacy requirement because they are capable of fairly and adequately protecting the interests of the class, and there is no conflict of interest between IAM National Pension Fund and Oklahoma Firefighters and those of other class members. *See* ECF Nos. 24 at 10-12; 28 at 7. As set forth in the Joint Declaration submitted with their Motion, IAM National Pension Fund and Oklahoma Firefighters—sophisticated institutional investors which collectively manage over $15 billion in assets—have been working collaboratively to oversee this action since before they filed their Motion, have prior lead plaintiff experience to adequately oversee counsel and ensure that the class's claims are vigorously and efficiently prosecuted, fully understand the Lead Plaintiff's obligations under the PSLRA, and have affirmed their commitment to achieving the best possible result for the class. *See* ECF No. 25-3.

For the reasons discussed above, IAM National Pension Fund and Oklahoma Firefighters respectfully request that the Court grant their Motion in full.

DATED: December 9, 2019

Respectfully submitted,

**BERNSTEIN LITOWITZ BERGER
  & GROSSMANN LLP**

*S/ Gerald H. Silk*
Gerald H. Silk
Avi Josefson
Michael D. Blatchley
1251 Avenue of the Americas
New York, NY 10020
Telephone: (212) 554-1400
Facsimile: (212) 554-1444
jerry@blbglaw.com
avi@blbglaw.com
michaelb@blbglaw.com

*Counsel for IAM National Pension Fund and Proposed Lead Counsel for the Class*

**KESSLER TOPAZ
  MELTZER & CHECK, LLP**

Naumon A. Amjed
Darren J. Check
Ryan T. Degnan
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056
namjed@ktmc.com
dcheck@ktmc.com
rdegnan@ktmc.com

*Counsel for Oklahoma Firefighters Pension and Retirement System and Proposed Lead Counsel for the Class*