**Mahiri Buffong**

| | |
|---|---|
| **From:** | Cosenza, Todd <TCosenza@willkie.com> |
| **Sent:** | Tuesday, August 11, 2020 5:47 PM |
| **To:** | Jason.Hegt@lw.com |
| **Cc:** | Lauren Ormsbee (McMillen); Jeff.Hammel@lw.com |
| **Subject:** | Re: In re Farfetch Limited Securities Litigation, 19-08657-AJN - Consent to refile |

**[External]**

Same here. Thx.

**Todd G. Cosenza**
**Willkie Farr & Gallagher LLP**
787 Seventh Avenue | New York, NY 10019-6099
Direct: +1 212 728 8677 | Fax: +1 212 728 9677
tcosenza@willkie.com | vCard | www.willkie.com bio

On Aug 11, 2020, at 5:24 PM, "Jason.Hegt@lw.com" <Jason.Hegt@lw.com> wrote:

> *** EXTERNAL EMAIL ***

On behalf of all parties for whom we have previously appeared in this matter, we consent.

**Jason C. Hegt**

**LATHAM & WATKINS LLP**
885 Third Avenue | New York, NY 10022-4834
D: +1.212.906.1686 | M: +1.914.396.7134

**From:** Lauren Ormsbee (McMillen) <Lauren@blbglaw.com>
**Sent:** Tuesday, August 11, 2020 5:20 PM
**To:** Hegt, Jason (NY) <Jason.Hegt@lw.com>; Hammel, Jeff (NY) <Jeff.Hammel@lw.com>; tcosenza@willkie.com
**Subject:** In re Farfetch Limited Securities Litigation, 19-08657-AJN - Consent to refile

Counsel:

As we have discussed, in response to the notice of deficient pleading issued today in connection with the Consolidated Class Action Complaint for Violations of the Federal Securities Laws, filed on August 10, 2020 (ECF No. 37) and the Request for Issuance of Summons as to Andrew Robb (Ecf No. 38), Lead Plaintiffs will refile the complaint with the title "Consolidated Amended Complaint" to match exactly the title of the document anticipated in the Stipulation entered by Judge Nathan on November 12, 2019 (ECF No. 11).

Per the filing clerk in the Southern District of New York, Lead Plaintiffs may refile with the amended title by attaching as an exhibit an email from counsel for Defendants consenting to the refiling.  Kindly respond to this email with your consent.  Thank you very much.

Best regards,
Lauren A. Ormsbee
Bernstein Litowitz Berger & Grossmann LLP
t.: 212-554-1593
lauren@blbglaw.com

_____

This email may contain material that is confidential, privileged and/or attorney work product for the sole use of the intended recipient.  Any review, disclosure, reliance or distribution by others or forwarding without express permission is strictly prohibited.  If you are not the intended recipient, please contact the sender and delete all copies including any attachments.

Latham & Watkins LLP or any of its affiliates may monitor electronic communications sent or received by our networks in order to protect our business and verify compliance with our policies and relevant legal requirements. Any personal information contained or referred to within this electronic communication will be processed in accordance with the firm's privacy notices and Global Privacy Standards available at www.lw.com.

**Important Notice:**  This email message is intended to be received only by persons entitled to receive the confidential information it may contain.  Email messages to clients of Willkie Farr & Gallagher LLP presumptively contain information that is confidential and legally privileged; email messages to non-clients are normally confidential and may also be legally privileged.  Please do not read, copy, forward or store this message unless you are an intended recipient of it.  If you have received this message in error, please forward it back.  Willkie Farr & Gallagher LLP is a limited liability partnership organized in the United States under the laws of the State of Delaware, which laws limit the personal liability of partners.