# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

*In re Farfetch Limited Securities Litigation*,

-----------------------------------------------------------X

19 **CIVIL** 8657 (AJN)

**JUDGMENT**

It is, **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated September 29, 2021, Defendants' motion to dismiss Plaintiffs' complaint is GRANTED. Defendants' motion for oral argument is DENIED as moot; accordingly, the case is closed.

**Dated:** New York, New York
September 30, 2021

**RUBY J. KRAJICK**

_____
Clerk of Court

**BY:**

_____
Deputy Clerk